**Fill in this information to identify the case:**

Debtor 1: Jorie Zelinka

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 16-08151

# Form 4100R
# Response to Notice of Final Cure Payment                                   10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust Association not in its individual capacity but solely as owner trustee for Carisbrook Asset Holding Trust

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 3 1 8

**Property address:** 224 Davis Lane
Number  Street

Bolingbrook, IL 60440
City  State  ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 6 / 1 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / ___
MM / DD / YYYY

Form 4100R                **Response to Notice of Final Cure Payment**                page **1**

Debtor 1  **Jorie Zelinka**
First Name    Middle Name    Last Name

Case number (*if known*) 16-08151

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Michael Dimand
Signature

Date 4 / 19 / 2021

Print  **Michael Dimand**
First Name    Middle Name    Last Name

Title  **Attorney**

Company  **Wirbicki Law Group LLC**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  **33 W Monroe St, Suite 1540**
Number    Street

**Chicago, IL 60603**
City    State    ZIP Code

Contact phone ( **312-360-9455** )

Email  **mdimand@wirbickilaw.com**

| | |
|---|---|
| Loan | |
| Borrower | ZELINKA |
| Case | 16-08151 |
| Post Petition Due | |
| Debtor's suspense | |
| Trustee's suspense: | $ - |

**POST-PETITION**

| Date Received | Amount Received | Post-petition Due Date | Post-petition Amount Due | Amount applied | Debtor Suspense |
|---|---|---|---|---|---|
| | $ - | | $ - | $ - | $ - |
| | $ - | | $ - | $ - | $ - |
| | | | | | $ - |
| 3/31/2016 | $1,234.99 | | | | $ 1,234.99 |
| 4/8/2016 | $5.00 | 4/1/2016 | $ 1,234.99 | $ 1,234.99 | $ 5.00 |
| 4/29/2016 | $1,235.00 | | | | $ 1,240.00 |
| 6/3/2016 | $1,235.00 | 5/1/2016 | $ 1,234.99 | $ 1,234.99 | $ 1,240.01 |
| 6/29/2016 | $1,235.00 | 6/1/2016 | $ 1,230.19 | $ 1,230.19 | $ 1,244.82 |
| 7/29/2016 | $1,235.00 | 7/1/2016 | $ 1,234.99 | $ 1,234.99 | $ 1,244.83 |
| 8/31/2016 | $1,235.00 | 8/1/2016 | $ 1,234.99 | $ 1,234.99 | $ 1,244.84 |
| 9/29/2016 | $1,235.00 | 9/1/2016 | $ 1,234.99 | $ 1,234.99 | $ 1,244.85 |
| 11/1/2016 | $1,235.00 | 10/1/2016 | $ 1,234.99 | $ 1,234.99 | $ 1,244.86 |
| 11/30/2016 | $1,235.00 | 11/1/2016 | $ 1,234.99 | $ 1,234.99 | $ 1,244.87 |
| 12/29/2016 | $1,235.00 | 12/1/2016 | $ 1,234.99 | $ 1,234.99 | $ 1,244.88 |
| 1/31/2017 | $1,235.00 | 1/1/2017 | $ 1,234.99 | $ 1,234.99 | $ 1,244.89 |
| 3/1/2017 | $1,235.00 | 2/1/2017 | $ 1,234.99 | $ 1,234.99 | $ 1,244.90 |
| 3/29/2017 | $1,235.00 | 3/1/2017 | $ 1,234.99 | $ 1,234.99 | $ 1,244.91 |
| 5/1/2017 | $1,235.00 | 4/1/2017 | $ 1,234.99 | $ 1,234.99 | $ 1,244.92 |
| 6/2/2017 | $1,235.00 | 5/1/2017 | $ 1,234.99 | $ 1,234.99 | $ 1,244.93 |
| 6/29/2017 | $1,235.00 | 6/1/2017 | $ 1,234.99 | $ 1,234.99 | $ 1,244.94 |
| 8/2/2017 | $1,235.00 | 7/1/2017 | $ 1,234.99 | $ 1,234.99 | $ 1,244.95 |
| 8/30/2017 | $1,235.00 | 8/1/2017 | $ 1,234.99 | $ 1,234.99 | $ 1,244.96 |
| 9/29/2017 | $1,235.00 | 9/1/2017 | $ 1,234.99 | $ 1,234.99 | $ 1,244.97 |
| 10/31/2017 | $1,235.00 | 10/1/2017 | $ 1,234.99 | $ 1,234.99 | $ 1,244.98 |
| 11/29/2017 | $1,235.00 | 11/1/2017 | $ 1,234.99 | $ 1,234.99 | $ 1,244.99 |
| 12/29/2017 | $1,235.00 | 12/1/2017 | $ 1,234.99 | $ 1,234.99 | $ 1,245.00 |
| 1/31/2018 | $1,235.00 | 1/1/2018 | $ 1,234.99 | $ 1,234.99 | $ 1,245.01 |
| 3/2/2018 | $1,235.00 | 2/1/2018 | $ 1,234.99 | $ 1,234.99 | $ 1,245.02 |
| 3/30/2018 | $1,235.00 | 3/1/2018 | $ 1,234.99 | $ 1,234.99 | $ 1,245.03 |
| 5/1/2018 | $1,235.00 | 4/1/2018 | $ 1,234.99 | $ 1,234.99 | $ 1,245.04 |
| 5/2/2018 | $183.66 | 5/1/2018 | $ 1,234.99 | $ 1,234.99 | $ 193.71 |
| 5/31/2018 | $1,235.00 | 6/1/2018 | $ 1,234.99 | $ 1,234.99 | $ 193.72 |

**PRE-PETITION**

| Date Received | Amount Received | Contractual Due Date | Contractual Amount Due | Amount applied | Trustee Suspense |
|---|---|---|---|---|---|
| | $ - | | $ - | $ - | |
| SUSPENSE | $ 1,225.18 | | $ - | $ - | $ 1,225.18 |
| 9/28/2016 | $387.35 | | $ - | $ - | $ 1,612.53 |
| 10/21/2016 | $1,244.10 | | $ - | $ - | $ 2,856.63 |
| 12/23/2016 | $1,283.85 | | $ - | $ - | $ 4,140.48 |
| 12/27/2016 | $1,283.85 | | $ - | $ - | $ 5,424.33 |
| 2/20/2017 | $1,283.85 | | $ - | $ - | $ 6,708.18 |
| 4/25/2017 | $1,331.40 | | $ - | $ - | $ 8,039.58 |
| 5/25/2017 | $321.44 | | $ - | $ - | $ 8,361.02 |
| 6/16/2017 | $1,281.70 | | | $ - | $ 9,642.72 |
| 7/19/2017 | $1,277.64 | | | $ - | $ 10,920.36 |
| 8/30/2017 | $1,597.05 | | | $ - | $ 12,517.41 |
| 9/21/2017 | $958.23 | | | $ - | $ 13,475.64 |
| 11/3/2017 | $1,596.37 | | $ - | $ - | $ 15,072.01 |
| 11/27/2017 | $956.19 | | $ - | $ - | $ 16,028.20 |
| 2/19/2018 | $637.46 | | $ - | $ - | $ 16,665.66 |
| 3/15/2018 | $1,593.65 | | $ - | $ - | $ 18,259.31 |
| 5/2/2018 | $1,274.92 | | $ - | $ - | $ 19,534.23 |
| 5/17/2018 | $1,593.65 | | $ - | $ - | $ 21,127.88 |
| 6/14/2018 | $1,274.92 | | $ - | $ - | $ 22,402.80 |
| 7/23/2018 | $1,593.65 | | $ - | $ - | $ 23,996.45 |
| 8/20/2018 | $1,274.92 | | $ - | $ - | $ 25,271.37 |
| 9/25/2018 | $956.19 | | $ - | $ - | $ 26,227.56 |
| 11/26/2018 | $1,606.50 | | $ - | $ - | $ 27,834.06 |
| 12/27/2018 | $1,606.50 | | $ - | $ - | $ 29,440.56 |
| 1/18/2019 | $1,285.20 | | $ - | $ - | $ 30,725.76 |
| 2/15/2019 | $1,285.20 | | $ - | $ - | $ 32,010.96 |
| 3/15/2019 | $1,285.20 | | $ - | $ - | $ 33,296.16 |
| 4/19/2019 | $1,606.50 | | $ - | $ - | $ 34,902.66 |
| 5/17/2019 | $1,285.20 | | $ - | $ - | $ 36,187.86 |
| 6/21/2019 | $1,606.50 | | $ - | $ - | $ 37,794.36 |
| 7/19/2019 | $1,285.20 | | $ - | $ - | $ 39,079.56 |

| Date | Amount | Date | Amount | Amount | Amount | Date | Amount | Type | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/29/2018 | $1,235.00 | 7/1/2018 | $ 1,234.99 | $ 1,234.99 | $ 193.73 | 8/16/2019 | $1,295.40 | | $ - | $ - | $ 40,374.96 |
| 7/31/2018 | $1,235.00 | | | | $ 1,428.73 | 9/20/2019 | $1,632.00 | | $ - | $ - | $ 42,006.96 |
| 8/29/2018 | $1,235.00 | 8/1/2018 | $ 1,234.99 | $ 1,234.99 | $ 1,428.74 | 10/21/2019 | $1,296.76 | | $ - | $ - | $ 43,303.72 |
| 10/2/2018 | $1,273.02 | 9/1/2018 | $ 1,234.99 | $ 1,234.99 | $ 1,466.77 | 12/2/2019 | $1,287.92 | | $ - | $ - | $ 44,591.64 |
| 10/31/2018 | $1,273.02 | 10/1/2018 | $ 1,234.99 | $ 1,234.99 | $ 1,504.80 | 12/23/2019 | $1,609.90 | | $ - | $ - | $ 46,201.54 |
| 11/29/2018 | $1,273.02 | 11/1/2018 | $ 1,234.99 | $ 1,234.99 | $ 1,542.83 | 1/21/2020 | $1,287.92 | | $ - | $ - | $ 47,489.46 |
| 12/31/2018 | $1,273.02 | 12/1/2018 | $ 1,234.99 | $ 1,234.99 | $ 1,580.86 | 2/24/2020 | $1,609.90 | | $ - | $ - | $ 49,099.36 |
| 1/30/2019 | $1,273.02 | 1/1/2019 | $ 1,234.99 | $ 1,234.99 | $ 1,618.89 | 3/30/2020 | $1,287.92 | | $ - | $ - | $ 50,387.28 |
| 3/4/2019 | $1,273.02 | 2/1/2019 | $ 1,234.99 | $ 1,234.99 | $ 1,656.92 | 4/17/2020 | $1,256.64 | | $ - | $ - | $ 51,643.92 |
| 3/29/2019 | $1,273.02 | 3/1/2019 | $ 1,234.99 | $ 1,234.99 | $ 1,694.95 | 5/19/2020 | $1,225.36 | | $ - | $ - | $ 52,869.28 |
| 5/2/2019 | $1,273.02 | 4/1/2019 | $ 1,234.99 | $ 1,234.99 | $ 1,732.98 | 6/18/2020 | $1,531.70 | | $ - | $ - | $ 54,400.98 |
| 5/30/2019 | $1,273.02 | 5/1/2019 | $ 1,234.99 | $ 1,234.99 | $ 1,771.01 | 7/17/2020 | $1,225.36 | | $ - | $ - | $ 55,626.34 |
| 7/1/2019 | $1,273.02 | 6/1/2019 | $ 1,234.99 | $ 1,234.99 | $ 1,809.04 | 8/21/2020 | $1,569.78 | | $ - | $ - | $ 57,196.12 |
| 7/31/2019 | $1,273.02 | 7/1/2019 | $ 1,234.99 | $ 1,234.99 | $ 1,847.07 | 9/22/2020 | $976.14 | | $ - | $ - | $ 58,172.26 |
| 8/29/2019 | $1,273.02 | 8/1/2019 | $ 1,234.99 | $ 1,234.99 | $ 1,885.10 | 10/19/2020 | $1,626.90 | | $ - | $ - | $ 59,799.16 |
| 10/4/2019 | $1,273.02 | 9/1/2019 | $ 1,234.99 | $ 1,234.99 | $ 1,923.13 | 11/23/2020 | $1,301.52 | | $ - | $ - | $ 61,100.68 |
| 10/30/2019 | $1,273.02 | 10/1/2019 | $ 1,234.99 | $ 1,234.99 | $ 1,961.16 | 1/11/2021 | $1,626.90 | | $ - | $ - | $ 62,727.58 |
| 12/3/2019 | $1,273.02 | 11/1/2019 | $ 1,234.99 | $ 1,234.99 | $ 1,999.19 | 1/19/2021 | $976.14 | | $ - | $ - | $ 63,703.72 |
| 12/31/2019 | $1,273.02 | 12/1/2019 | $ 1,234.99 | $ 1,234.99 | $ 2,037.22 | 2/23/2021 | $1,952.28 | | $ - | $ - | $ 65,656.00 |
| 1/31/2020 | $1,273.02 | 1/1/2020 | $ 1,234.99 | $ 1,234.99 | $ 2,075.25 | 3/19/2021 | $1,301.52 | | $ - | $ - | $ 66,957.52 |
| 3/4/2020 | $1,273.02 | 2/1/2020 | $ 1,234.99 | $ 1,234.99 | $ 2,113.28 | 3/29/2021 | $ 396.57 | P&I | $ 43,525.95 | $ 43,525.95 | $ 23,828.14 |
| 4/2/2020 | $1,273.02 | 3/1/2020 | $ 1,234.99 | $ 1,234.99 | $ 2,151.31 | | $ - | FEES | $ 1,205.00 | $ 1,205.00 | $ 22,623.14 |
| 4/29/2020 | $1,375.00 | 4/1/2020 | $ 1,234.99 | $ 1,234.99 | $ 2,291.32 | | $ - | ESCROW | $ 19,940.51 | $ 19,940.51 | $ 2,682.63 |
| 5/29/2020 | $1,375.00 | 5/1/2020 | $ 1,238.84 | $ 1,238.84 | $ 2,427.48 | | $ - | ESCROW SHORTAGE | $ 2,682.63 | $ 2,682.63 | $ 0.00 |
| 7/2/2020 | $1,375.00 | 6/1/2020 | $ 1,238.84 | $ 1,238.84 | $ 2,563.64 | | $ - | | $ - | $ - | $ 0.00 |
| 7/30/2020 | $1,375.00 | 7/1/2020 | $ 1,238.84 | $ 1,238.84 | $ 2,699.80 | | $ - | | $ - | $ - | $ 0.00 |
| 9/2/2020 | $1,375.00 | 8/1/2020 | $ 1,238.84 | $ 1,238.84 | $ 2,835.96 | | $ - | | $ - | $ - | $ 0.00 |
| 10/2/2020 | $1,375.00 | 9/1/2020 | $ 1,238.84 | $ 1,238.84 | $ 2,972.12 | | $ - | | $ - | $ - | $ 0.00 |
| 10/30/2020 | $1,375.00 | 10/1/2020 | $ 1,238.84 | $ 1,238.84 | $ 3,108.28 | | $ - | | $ - | $ - | $ 0.00 |
| 12/3/2020 | $1,375.00 | 11/1/2020 | $ 1,238.84 | $ 1,238.84 | $ 3,244.44 | | $ - | | $ - | $ - | $ 0.00 |
| 12/31/2020 | $1,375.00 | 12/1/2020 | $ 1,238.84 | $ 1,238.84 | $ 3,380.60 | | $ - | | $ - | $ - | $ 0.00 |
| 2/1/2021 | $1,375.00 | 1/1/2021 | $ 1,238.84 | $ 1,238.84 | $ 3,516.76 | | $ - | | $ - | $ - | $ 0.00 |
| 3/5/2021 | $1,375.00 | 2/1/2021 | $ 1,238.84 | $ 1,238.84 | $ 3,652.92 | | $ - | | $ - | $ - | $ 0.00 |
| 4/2/2021 | $ 1,375.00 | 3/1/2021 | $ 1,238.84 | $ 1,238.84 | $ 3,789.08 | | $ - | | $ - | $ - | $ 0.00 |
| | $ - | 4/1/2021 | $ 1,238.84 | $ 1,238.84 | $ 2,550.24 | | $ - | | $ - | $ - | $ 0.00 |
| | $ - | 5/1/2021 | $ 1,373.41 | $ 1,373.41 | $ 1,176.83 | | $ - | | $ - | $ - | $ 0.00 |
| | $ - | 6/1/2021 | $ 1,373.41 | $ - | $ 1,176.83 | | $ - | | $ - | $ - | $ 0.00 |
| | $ - | | $ - | $ - | $ 1,176.83 | | $ - | | $ - | $ - | $ 0.00 |
| | $ - | | $ - | $ - | $ 1,176.83 | | $ - | | $ - | $ - | $ 0.00 |

## Certificate of Service

I here by certify that a copy of the foregoing Notice of Forbearance / Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, Frist Class or served electronically through the Court's ECF Systems at the e-mail address registered with the Court on this Date:

Date: April 20, 2021

Chapter 13 Trustee: Glenn B. Stearns

Trustee Address: 801 Warrenville Road SUITE 650, Lisle IL 60532

Trustee Email: Stearns_g@lisle13.com

Debtor's Counsel Name: Danielle E Kancherlapalli

Debtor's Counsel Address: 1011 State Street, Suite 240, Lemond, IL 60439

Debtor's Counsel Email: dkboundaslaw@gmail.com

Debtor 1 Name: Jorie Zelinka

Debtor 2 Name:

Debtor's Mailing Address: 224 David Lane, Bolingbrook, IL 60440

Debtor Email:

/s/ Michael Dimand

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.